IN THE DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| OSCAR CONSTRUCTION SERVICES, LLC, | CIVIL ACTION |
| Plaintiff, | Case No. 2:18-cv-00005 |
| v. | [Formerly In The Superior Court of New Jersey, Essex County] |
| ESSEX INSURANCE COMPANY, | |
| Defendant. | |

**CONSENT ORDER TO REMAND**

THIS MATTER having been opened to the Superior Court of New Jersey in Essex County by Plaintiff Oscar Construction Services, LLC by the submission of a complaint; and Defendant Evanston[1] Insurance Company having removed this matter to this Court; Plaintiff Oscar Construction Services, LLC and Defendant Evanston Insurance Company hereby submit this Consent Order of Remand and consent to remand this matter back to the Superior Court of New Jersey in Essex County, New Jersey; and for good cause shown,

IT IS on this 8th day of Jan , 2018,

ORDERD that this matter is hereby remanded to the Law Division of the Superior Court of New Jersey in Essex County; and it is further

ORDERD that Defendant Evanston Insurance Company shall have thirty-five (35) days from the date of the receipt of this Order to answer, move, or otherwise respond to the complaint filed by Plaintiff Oscar Construction Services, LLC; and it is further

---

[1] As of June 30, 2016, Essex Insurance Company merged into Evanston Insurance Company. Evanston Insurance Company is now responsible for all of Essex Insurance Company's liabilities. Essex Insurance Company is no longer an active or existing entity in any jurisdiction.

ORDERD that Defendant Evanston Insurance Company shall serve copies of this Order on all parties via email and first class mail within two (2) days of the date hereof.

**BY THE COURT:**

The Hon. Jose L. Linares

Consented to the form and entry of this Order:

**MERLIN LAW GROUP, P.A.**

**CHARLES R. MATHIS IV, ESQUIRE**
Robert T. Trautmann, Esq.
125 Half Mile Road, Suite 200
Red Bank, New Jersey 07701
732-704-4674
732-704-4651 (fax)
cmathis@merlinlawgroup.com
rtrautmann@merlinelawgroup.com

*Counsel for Plaintiff*
*Oscar Construction Services, LLC*

**REBAR BERNSTIEL**

**GEORGE MCCLELLAN, ESQUIRE**
100 Overlook Center, Second Floor
Princeton, New Jersey 08540
609.375.2070
888.761.8299 (fax)
gmcclellan@rebarbernstiel.com

*Counsel for Defendant*
*Evanston Insurance Company*